**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00271-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOIE CARROLL SAMS,

        Defendant.
_____

**ORDER**
_____

Upon Defendant's Motion for an "Ends of Justice" Continuance for 35 days (Doc 21 - filed August 4, 2006), and for the reasons made on the record in open court on August 4, 2006, it is

ORDERED that the Motion is GRANTED and this matter is continued. A further status/scheduling hearing regarding Defendant Sams is set **Friday, September 1, 2006 at 4:00 p.m.**

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: August 4, 2006