IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-CR-00271-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOIE CARROLL SAMS,

        Defendant.

_____

ORDER
_____

      The defendant, Joie Carroll Sams, has moved for an order vacating the scheduled sentencing hearing and directing the Bureau of Prisons to conduct a pre-sentence study pursuant to 18 U.S.C. § 3552(b).  After reading the pre-sentence report of the United States Probation Office, and for the reasons stated during the November 20, 2006 hearing, I find and conclude that:

1) the Court requires additional information in order to make an adequate finding concerning Mr. Sams' requisite medical care pursuant to 18 U.S.C. § 3553(a)(2)(D);

2) a pre-sentence study and report made pursuant to 18 U.S.C. § 3552(b) is necessary to provide the Court with sufficient information to predicate a sentence that will provide for Mr. Sams adequate medical care; and

3) the pre-sentence report of the United States Probation Office reveals a compelling reason for the study.

      Accordingly, it is ORDERED that:

1) the sentencing hearing is vacated;

2) the Bureau of Prisons shall conduct a study pursuant to 18 U.S.C. § 3552(b) and shall issue a report of its findings within sixty days of this date;

3) the Bureau of Prisons shall determine a diagnosis and prognosis and shall report Mr. Sams'

condition, the recommended treatment, whether it can provide the requisite treatment, any special provisions it must make in order to provide treatment, and any other matters that the Bureau of Prisons or its professional consultants believe are pertinent.

Dated: November 20, 2006, in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge