**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  06-cr-00271-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JOIE CARROLL SAMS,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Release Criminal History Portion of Defendant's Presentence Investigation Report (Doc 49 - filed September 13, 2007) is GRANTED.

      The Clerk of the Court is directed to send a copy of this Minute Order to:

        Philip A. Cherner, Esq.
        789 Sherman Street, Suite 660
        Denver, CO 80203

Dated:  September 17, 2007
_____