**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 06-cr-00271-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOIE CARROLL SAMS,

       Defendant.
_____

**ORDER**
_____

Upon Government's Motion for Additional Sentence Reduction Pursuant to Rule 35(B) (Doc 51 - filed November 30, 2007), it is

ORDERED that the Motion is GRANTED. Defendant's sentence is reduced to 90 months. All other terms and conditions of Defendant's sentence remain in full force and effect.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: December 3, 2007